## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **SYBREG VALENTINA CASTRO BALZA** | **CASE NO. 6:20-CV-00866 SEC P** |
| | **JUDGE JUNEAU** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE HANNA** |
| **WILLIAM P BARR, ET AL** | |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, including Respondents' objections and Petitioner's response, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Preliminary and Permanent Injunction and Petition for Writ of Habeas Corpus, Rec. Doc. 1, is **GRANTED**. Respondents are ordered to **IMMEDIATELY RELEASE** the Petitioner under conditions to be specified by the Department of Homeland Security, provided such conditions exclude subsequent arrest and detention unless Petitioner violates a condition of release, attempts to abscond, or commits any criminal offense. Such conditions may continue as specified until Petitioner's removal from the United States pursuant to her prior immigration proceedings.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of October, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE