UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SYBREG VALENTINA CASTRO BALZA**         **CASE NO.  6:20-CV-00866 SEC P**

**VERSUS**                                **JUDGE JUNEAU**

**WILLIAM P BARR ET AL**                  **MAGISTRATE JUDGE PATRICK J. HANNA**

## JUDGMENT

Before the Court are Petitioner's original and supplemental Motions for Attorney Fees and costs pursuant to the Equal Access to Justice Act (EAJA).  Rec. Docs. 21, 23.  These motions were opposed by the government.  Rec. Docs. 25, 26.  This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation.  Rec. Doc. 30.

After an independent review of the record and applicable law, including the Petitioner's objection[1], this Court agrees with the Magistrate Judge's conclusion that the Motions for Attorney Fees should be denied, but does so on alternate grounds.  Specifically, the Court finds that the Government's position was substantially justified.  Substantial justification requires that the litigant's position have a "reasonable basis both in law and fact."  *Sylejmani v. Barr*, 768 F.App'x 212, 219 (5th Cir. 2019) (quoting *Pierce v. Underwood*, 487 U.S. 552, 565 (1988).  The

---

[1] The petitioner's objection was filed late in this case.  The petitioner had been granted two extensions to file their objection to the Report and Recommendation.  Rec. Docs. 31, 33.  While the second extension gave the petitioner until October 12, 2021 to file their objection, the objection was not filed until October 15, 2021.  Rec. Doc. 35.

Court finds that neither the Government's conduct nor its position in this litigation lacked a reasonable basis in law and fact, particularly given the novel and difficult circumstances involved in this case including the evolving COVID-19 pandemic and civil conflict in Venezuela. As such, the Government's position was substantially justified, and Petitioner is not entitled to attorney fees. Considering this finding, the Court need not resolve the open question of whether a successful habeas petitioner could access fees under the EAJA. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that both Motions for Attorney Fees and costs filed by Petitioner (Rec. Docs. 21, 23) are **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of November, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE